1 DAVID J. BERGER, State Bar No. 147645
dberger@wsgr.com
2 WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
3 650 Page Mill Road
Palo Alto, CA 94304-1050
4 Telephone: 650.493.9300
Facsimile:  650.565.5100
5
Attorneys for Defendants
6 Samuel H. Armacost, Linnet F. Deily, Robert E.
Denham, Robert J. Eaton, Chuck Hagel, Enrique
7 Hernandez, Jr., Franklyn G. Jenifer, George L.
Kirkland, Sam Nunn, Donald B. Rice, Kevin W.
8 Sharer, Charles R. Shoemate, John G. Stumpf,
Ronald D. Sugar, Carl Ware, John S. Watson,
9 and Nominal Party Chevron Corporation

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                       SAN FRANCISCO DIVISION

13

14 STEPHEN BUSHANSKY, Derivatively on      )   Case No. 12-CV-01597-JST
   Behalf of CHEVRON CORPORATION,          )
                                           )   **STIPULATION AND [PROPOSED]**
15              Plaintiff,                  )   **ORDER TO CONTINUE STAY**
                                           )
16         v.                              )   Honorable  Jon S. Tigar
                                           )
17 SAMUEL H. ARMACOST, LINNET F. DEILY,    )
   ROBERT E. DENHAM, ROBERT J. EATON,      )
18 CHUCK HAGEL, ENRIQUE HERNANDEZ,         )
   JR., FRANKLYN G. JENIFER, GEORGE L.     )
19 KIRKLAND, SAM NUNN, DONALD B. RICE,     )
   KEVIN W. SHARER, CHARLES R.             )
20 SHOEMATE, JOHN G. STUMPF, RONALD D.     )
   SUGAR, CARL WARE, and JOHN S.           )
21 WATSON,                                 )
                                           )
22              Defendants,                )
                                           )
23         -and-                           )
                                           )
24 CHEVRON CORPORATION, a Delaware         )
   Corporation,                            )
25                                         )
                Nominal Party.             )
26                                         )

27 _____

28

JOINT STIPULATION AND [PROPOSED]
ORDER TO CONTINUE STAY
CASE NO. 12-CV-01597-JST

1      Nominal party Chevron Corporation, defendants Samuel H. Armacost, Linnet F. Deily,

2  Robert E. Denham, Robert J. Eaton, Chuck Hagel, Enrique Hernandez, Jr., Franklyn G. Jenifer,

3  George L. Kirkland, Sam Nunn, Donald B. Rice, Kevin W. Sharer, Charles R. Shoemate, John G.

4  Stumpf, Ronald D. Sugar, Carl Ware and John S. Watson (collectively, "Defendants"), and

5  Plaintiff Stephen Bushansky ("Plaintiff") (collectively, the "Parties"), stipulate as follows:

6      WHEREAS, on August 9, 2012, the Court entered an Order Granting In Part and Denying

7  In Part Defendants' Motion to Abstain or Stay and Setting Case Management Conference, staying

8  the above captioned action until August 8, 2013 and setting a Case Management Conference for

9  August 8, 2013.

10      WHEREAS, on March 22, 2013, the Court set a Case Management Conference for

11  August 28, 2013, instead of August 8, 2013.  A Case Management Statement is currently due

12  August 21, 2013.

13      WHEREAS, pursuant to this Court's August 9, 2012 Order, on June 27, 2013, Defendants

14  filed a Statement of Recent Decision, submitting a true and correct copy of the Delaware Court of

15  Chancery's opinion, granting a motion for judgment on the pleadings in favor of the defendants,

16  *Boilermakers Local 154 Retirement Fund, et al. v. Chevron Corp., et al.*, C.A. No. 7220-CS (Del.

17  Ch. June 25, 2013) (the "Delaware Decision").

18      WHEREAS, on July 22, 2013, the Delaware Court of Chancery entered final judgment for

19  the defendants pursuant to Delaware Court of Chancery Rule 54(b), dismissing counts I and IV of

20  plaintiffs' complaint in *Boilermakers Local 154 Retirement Fund, et al. v. Chevron Corp., et al.*,

21  C.A. No. 7220-CS.  As a result, plaintiffs have until August 21, 2013 to appeal this final

22  judgment to the Delaware Supreme Court.  Defendants believe that plaintiffs will appeal.

23      NOW, THEREFORE, the Parties, by and through their undersigned counsel, hereby

24  stipulate and agree, subject to the Court's approval, as follows:

25      1.     The above captioned action shall be stayed until the Supreme Court of Delaware

26  decides the likely appeal of the Delaware Decision.

27      2.     Through a Statement of Recent Decision, the parties shall update the Court when

28  the appeal of the Delaware Decision is resolved.

JOINT STIPULATION AND [PROPOSED]      -1-
ORDER TO CONTINUE STAY
CASE NO. 12-CV-01597-JST

1    3.    The Case Management Conference currently scheduled for August 28, 2013 at

2  2:00 p.m. shall be continued to May 21, 2014 at 2:00 p.m. or another date and/or time that is

3  convenient for the Court; and

4    4.    The parties shall submit a Joint Case Management Statement no later than May 7,

5  2014, in compliance with this Court's Standing Order for All Civil Cases Before District Judge

6  Jon S. Tigar.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1   DATED:  August 16, 2013                    Respectfully Submitted,

2                                              WILSON SONSINI GOODRICH & ROSATI
                                               Professional Corporation
3                                              DAVID J. BERGER

4                                               /s/ David J. Berger
                                               DAVID J. BERGER
5
                                               650 Page Mill Road
6                                              Palo Alto, California  94304-1050
                                               Telephone: 650.493.9300
7                                              Facsimile:  650.565.5100

8                                              *Attorneys for Defendants Samuel H. Armacost,
                                               Linnet F. Deily, Robert E. Denham, Robert J.*
9                                              *Eaton, Chuck Hagel, Enrique Hernandez, Jr.,*
                                               *Franklyn G. Jenifer, George L. Kirkland, Sam*
10                                             *Nunn, Donald B. Rice, Kevin W. Sharer,*
                                               *Charles R. Shoemate, John G. Stumpf, Ronald*
11                                             *D. Sugar, Carl Ware, John S. Watson, and*
                                               *Nominal Party Chevron Corporation*

12

13

14  DATED:  August 16, 2013                    WEISSLAW LLP
                                               JAMES E. TULLMAN
15                                             LEIGH ANNE PARKER

16                                              /s/ James E. Tullman
                                               JAMES E. TULLMAN
17
                                               1516 South Bundy Dr
18                                             Los Angeles, California  90025
                                               Telephone: 310.208.2800
19                                             Facsimile:  310.209.2348

20                                             *Attorneys for Plaintiff Stephen Bushansky*

21

22

23

24

25

26

27

28

1

## **SIGNATURE ATTESTATION**

2          I, David J. Berger, attest that I obtained the concurrence of James E. Tullman in filing

3    this document.  I declare under penalty of the laws of the United States that the foregoing is true

4    and correct.

5          Executed this 16th day of August, 2013 in Palo Alto, California

6                                          /s/David J. Berger
                                         DAVID J. BERGER
7

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

8

9    Dated: _____

10

11                                       _____
                                         HON. JON S. TIGAR
12                                       UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28