UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN BUSHANSKY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SAMUEL ARMACOST, et al.,<br><br>　　　　Defendants. | Case No.  12-cv-01597-JST<br><br>**ORDER APPROVING PROPOSED NOTICE PLAN**<br><br>Re: ECF No. 50 |

The parties to this action filed a proposed notice plan with the Court on July 24, 2014.  See ECF No. 50.  The parties disagreed as to whether two statements should be included in the notice: Plaintiff sought to add the statements, while Defendants believed them unnecessary.  Id. at 1.

The Court hereby APPROVES the proposed notice plan, as drafted and *without* the two statements in dispute.  The Court DIRECTS the parties to provide notice to shareholders as required in the plan, and to do so no later than thirty days from the date of this order.

**IT IS SO ORDERED.**

Dated: August 4, 2014

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　　　United States District Judge