**UNITED STATES DISTRICT COURT FOR**

**THE NORTHERN DISTRICT OF CALIFORNIA**

FILED
2014 SEP -2 P 3: 04
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

+------------------------------------------+

Case No. 12-CV-01597-JST )

)

+------------------------------------------+

## NOTICE OF REQUEST TO INTERVENE AS PLAINTIFF IN THE ABOVE CASE

Comes now, Alexander R MacKenzie, requesting that the Honorable judge overseeing this case appoint him as plaintiff in the above case. On August 24, 2014, a press release explained that the case was going to be dismissed with prejudice against the Plaintiff bringing the action. As a current shareowner of at least one share and an owner of the common stock on the proxy cutoff date of the meeting at the center of the case, Alexander R MacKenzie requests appointment as the Plaintiff on the above numbered case.

Enclosed with this Notice is a Proof of Service Notice to the Defendant's and Plaintiff's Attorney as well as a printout detailing stock ownership from 2012 to present. Please note that Alexander R MacKenzie is not providing stock ownership information to any party except the Court. Alexander R MacKenzie's contact information is as follows:

4331 NW 10th Ct Apt 207

Plantation, FL 33313-6754

(954) 584-1403

amacstocks@att.net

## UNITED STATES DISTRICT COURT FOR
## THE NORTHERN DISTRICT OF CALIFORNIA

--+-------------------------------------------+

Case No. 12-CV-01597-JST      )

                              )

--+-------------------------------------------+

## NOTICE OF PROOF OF SERVICE

Comes now, Alexander R MacKenzie, attesting that he has provided copies of the

accompanying NOTICE OF REQUEST TO INTERVENE AS PLAINTIFF IN THE ABOVE

CASE to the following parties:


David J. Berger

Wilson Sonsini Goodrich & Rosati

Professional Corporation

650 Page Mill Road

Palo Alto, California 94304


Joseph H. Weiss

WeissLaw LLP

1500 Broadway

New York, New York 10036

**Shareholder Of:**

| CHEVRON CORPORATION | |
|---|---|
| INVESTOR SERVICES PROGRAM | |
| STATEMENT PRINT DATE: | 12/12/2012 |
| CUSIP: | 001-750-16676410 |
| SYMBOL: | CVX |
| ACCOUNT KEY: | MACKENZIEALEX-0000 |
| INVESTOR ID: | 125116419508 |

## SHAREOWNER SERVICES

P.O. Box 358035
Pittsburgh, PA 15252-8035

ALEXANDER MACKENZIE
95 W SQUANTUM ST
APT 106
QUINCY MA 02171-2106

Computershare Trust Company, N.A., as plan administrator or service provider for the plan administrator, upon written request and within a reasonable amount of time, will provide the name of the executing broker, the source and amount of compensation, if any, received from third parties in connection with the transaction(s) and transaction trade date(s) and time(s), if available.

YOU CAN OBTAIN ACCOUNT AND INVESTMENT INFORMATION AT 1-800-368-8357, 24 HOURS A DAY, SEVEN DAYS A WEEK, VIA SHAREOWNER SERVICES INTERACTIVE VOICE RESPONSE SYSTEM.

### Year-To-Date Account Summary

Final Cost Basis for your covered shares will be provided on your year-end Form 1099B.

| AS OF: 12/11/2012 | | CASH | | | DIVIDENDS | | | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|
| TOTAL MARKET VALUE ($) | CLOSING PRICE ($) | INVESTMENTS ($) | | | TOTAL ($) | TAX WITHHELD ($) | AMOUNT TO INVEST ($) | INVESTED ($) |
| 745.53 | 107.7400 | | | | 23.81 | | 23.81 | 23.81 |

| TRADING FEES PAID BY ($) | | SERVICE FEES PAID BY ($) | | SALE OF PLAN SHARES ($) | | CERTIFICATED | SHARES HELD | SHARES HELD BY | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| COMPANY | SHAREHOLDER | COMPANY | SHAREHOLDER | GROSS PROCEEDS | TAX WITHHELD | SHARES HELD BY YOU | BY PLAN | OTHER PLANS(S) | SHARES |
| | | | | | | | 6.9197 | | 6.9197 |

### Current Activity Information

| RECORD DATE PAYABLE DATE | TRANSACTION DESCRIPTION | DIVIDEND RATE | SHARES ACQUIRED OR WITHDRAWN | | CASH INVESTMENT ($) | TOTAL GROSS ($) |
|---|---|---|---|---|---|---|
| 11/16/12 12/10/12 | COMMON DIVIDEND | 0.9000000 | 0.0575 | | | 6.18 |

| | | | | | PARTICIPATING RECORD DATE DISTRIBUTION | | | |
|---|---|---|---|---|---|---|---|---|
| TAX WITHHELD ($) | TRADING FEES PAID BY ($) | | SERVICE FEES PAID BY ($) | | TOTAL NET ($) | CERTIFICATED SHARES HELD BY YOU | SHARES HELD BY PLAN | SHARES HELD BY OTHER PLANS(S) | TOTAL SHARES |
| | COMPANY | SHAREHOLDER | COMPANY | SHAREHOLDER | 6.18 | | 6.8622 | | 6.8622 |

### Year-To-Date Transaction Detail

| DATE | TRANSACTION DESCRIPTION | CASH INVESTMENT ($) | NET DISTRIBUTION ($) | TRADING FEES ($) | SERVICE FEES ($) | AMOUNT INVESTED ($) | PRICE PER SHARE ($) | SHARES ACQUIRED OR WITHDRAWN | SHARES HELD BY PLAN |
|---|---|---|---|---|---|---|---|---|---|
| | BALANCE FORWARD | | | | | | | | 6.6992 |
| 03/12/12 | COMMON DIVIDEND | | 5.43 | | | 5.43 | 109.5879000 | 0.0495 | 6.7487 |
| 06/11/12 | COMMON DIVIDEND | | 6.07 | | | 6.07 | 101.3665767 | 0.0599 | 6.8086 |
| 09/10/12 | COMMON DIVIDEND | | 6.13 | | | 6.13 | 114.4395000 | 0.0536 | 6.8622 |
| 12/10/12 | COMMON DIVIDEND | | 6.18 | | | 6.18 | 107.4942000 | 0.0575 | 6.9197 |

---

CHEVRON CORPORATION
CUSIP: 001-750-16676410
ACCOUNT KEY: MACKENZIEALEX-0000
ALEXANDER MACKENZIE
95 W SQUANTUM ST
APT 106
QUINCY MA 02171-2106

_____

All owner(s) must sign and date above
(        )
Contact Number

**Partial Withdrawal** (Continue Plan Participation)

Sell this number of shares:

**Full Withdrawal** (Terminate Plan Participation)

☐ Sell all plan shares.

**Additional Cash Investments**

Write the amount enclosed:

Make check payable to:
**COMPUTERSHARE/CHEVRON**

YOU MAY INCREASE YOUR SHARES WITH OPTIONAL CASH INVESTMENTS OF $50 UP TO $100,000 ANNUALLY.

**Deposit of Certificates**

Deposit the enclosed number of shares:

7575     125116419508                    00175016676410MACKENZIEALEX-0000IR00164

**Company Name**
Chevron Corporation

**Statement Period**
01 Jan 2013 - 10 Dec 2013

**Holder Account Number**
C0001702947

Page 2 of 4

## Transaction Activity

**DSPP - Common Stock**

| Transaction Date | Transaction Description | Gross Amount (USD) | Taxes Withheld (USD) | Fees/Other Deducted (USD) | Net Amount (USD) | Price per Share/Unit (USD) | Transaction Shares/Units | Total Shares/Units |
|---|---|---|---|---|---|---|---|---|
| | Balance Forward | | | | | | | 6.919700 |
| 11 Mar 2013 | Dividend Reinvestment | 6.23 | | | 6.23 | 118.417800 | 0.052610 | 6.972310 |
| 10 Jun 2013 | Dividend Reinvestment | 6.97 | | | 6.97 | 122.434200 | 0.056929 | 7.029239 |
| 10 Sep 2013 | Dividend Reinvestment | 7.03 | | | 7.03 | 122.216109 | 0.057521 | 7.086760 |
| 10 Dec 2013 | Dividend Reinvestment | 7.09 | | | 7.09 | 123.509561 | 0.057404 | 7.144164 |

01A8JA

4831 NW 16th Ct Apt 207
Plantation, FL 33313-6754

Clerk of Court
US District Court for the
Northern District of California
Phillip Burton Federal Bldg + US Courthouse
450 Golden Gate Ave, 16th Flr.
San Francisco, CA 94102

94102$3426

27 AUG 2014 PM 3 L

MIAMI FL 331

Nevada